```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
            CASE NO. 08-20436-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JUAN FERNANDO CARDONA ARBOLEDA,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on February 10, 2010. A Report and Recommendation filed on February 25, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of May, 2010.

                                               _____
                                               DONALD L. GRAHAM
                                               UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Michael Cohen, Esq.
        Andrea G. Hoffman, AUSA
```